## 07-12229-SSM CREDITOR PAYMENT HISTORY

| CREDITOR | DEBT AMOUNT | PLAN PAYOFF AMT. | MONTHLY DISBURSEMENT | AMT. PAID TO DATE | REMAINING BALANCE | COMMENTS |
|---|---|---|---|---|---|---|
| Chesapeake Utilities | $455.81 | $455.81 | $455.81 | $455.81 | $0.00 | |
| Wachovia Bank, NA | $42,028.74 | $3,362.30 | $40.03 | $40.03 | $0.00 | |
| Wachovia Bank, NA | $5,193.29 | $415.46 | $4.95 | $415.46 | $0.00 | |
| SunTrust Bank | $8,611.98 | $688.96 | $8.20 | $688.96 | $0.00 | |
| Specialized Loan Serv. | $253,214.75 | N/A | FORECLOSURE | FORECLOSURE | $0.00 | MORTGAGE |
| Specialized Loan Serv. | $62,116.60 | N/A | FORECLOSURE | FORECLOSURE | $0.00 | MORTGAGE |
| Faslo Solutions, LLC | $68,426.10 | N/A | FORECLOSURE | FORECLOSURE | $0.00 | MORTGAGE |
| Apple Federal CU | $15,396.00 | $1,231.68 | $14.66 | $1,231.68 | $0.00 | |
| Pentagon Federal CU | $35,656.33 | $2,852.51 | $33.96 | $2,852.51 | $0.00 | |
| GMAC | $40,660.11 | $40,660.11 | RETURNED | RETURNED | $0.00 | Repossed CAR |
| FT. Belvoir Federal CU | $25,049.93 | $2,004.00 | $23.86 | $3,262.45 | $0.00 | ADVASARY |
| American Express FSB | $48,500.74 | $3,880.06 | $46.19 | $3,880.06 | $0.00 | |
| SunTrust Bank | $159,232.12 | N/A | FORECLOSURE | FORECLOSURE | $0.00 | MORTGAGE |
| Roundup Funding, LLC | $60,115.77 | N/A | FORECLOSURE | FORECLOSURE | $0.00 | MORTGAGE |
| LVNV Funding LLC | $3,379.04 | $270.32 | $3.21 | $270.32 | $0.00 | CITIBANK |
| LVNV Funding LLC | $26,632.61 | $2,130.61 | $25.36 | $2,130.61 | $0.00 | CITIBANK |
| LVNV Funding LLC | $1,356.09 | $108.49 | $1.29 | $108.49 | $0.00 | CITIBANK |
| Internal Revenue Service | $51,981.71 | $51,981.71 | $618.83 | $51,981.71 | $0.00 | OFFSET TAX RTN |
| Internal Revenue Service | $21,155.98 | $21,155.98 | $251.86 | $11,258.98 | $9,897.00 | OFFSET TAX RTN |
| SunTrust Mortgage | $1,316,516.25 | $1,316,516.25 | $6,804.00 | $95,256.00 | $88,000.00 | MORTGAGE |
| First National Credit Card | $4,459.15 | $356.73 | $4.25 | $356.73 | $0.00 | |
| Navy Federal Credit Union | $2,199.34 | $175.95 | $2.09 | $5,000.00 | $0.00 | |
| Guardian Protection Service | $1,766.04 | $141.28 | $1.68 | $1,766.04 | $0.00 | |
| FIA Card Services, NA | $40,945.60 | $3,275.65 | $39.00 | $3,275.65 | $0.00 | |
| FIA Card Services, NA | $17,311.04 | $1,384.88 | $16.49 | $1,384.88 | $0.00 | |
| Recovery Mgmt. Syst. Corp | $10,236.73 | $818.94 | $9.75 | $818.94 | $0.00 | Lowe's |
| D.W.S. | $25,000.00 | $2,000.00 | $23.80 | $8,237.75 | $15,163.00 $0.00 | ADVASARY |
| SPACE SAVERS, Inc. | $15,118.00 | $1,209.44 | $14.40 | $3,081.28 | $0.00 | Judgment |
| Fairfax County, VA | $841.44 | $841.44 | $841.44 | $841.44 | $0.00 | MORTGAGE |
| Fairfax County, VA | $311.13 | $311.13 | $311.13 | $311.13 | $0.00 | |
| **TOTAL** | $2,402,868.42 | $192,229.47 | $9,595.24 | $194,939.22 | $97,897.00 | |